**Robert Lee TRENT, Petitioner—
Appellant,**

v.

**Patricia R. STANSBERRY, Warden,
Respondent—Appellee.**

No. 05–6034.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2005.

Decided: May 24, 2005.

Robert Lee Trent, Appellant pro se.

Before LUTTIG, MOTZ, and
GREGORY, Circuit Judges.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Robert Lee Trent seeks to appeal the
district court's order denying relief in part
on his petition filed pursuant to 28 U.S.C.
§ 2241 (2000) and dismissing without prej-
udice in part for failure to exhaust admin-
istrative remedies. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Trent v. Stansberry,*
No. CA–04–753–5–FL (E.D.N.C. filed Dec.
6, 2004; entered Dec. 16, 2004). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED*